UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD PHILLIPS, | Case No. 17-cv-02507 NC (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| NAPA STATE HOSPITAL, | |
| Respondent. | |

On May 2, 2017, Petitioner, a state prisoner proceeding *pro se*, filed a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1] The same day, the Clerk sent Petitioner a notification informing him that he did not pay the filing fee, nor had he filed an application to proceed in forma pauperis ("IFP"). Petitioner was cautioned that his failure to either file an IFP application or pay the filing fee within twenty-eight days would result in the dismissal of his action. Dkt. No. 2. To date, Petitioner has not paid his filing fee or filed a completed IFP application. Thus, the instant case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

DATED: June 19, 2017

NATHANAEL M. COUSINS
United States Magistrate Judge

---

[1] Petitioner has consented to magistrate judge jurisdiction. Dkt. No. 4.

Case No. 17-cv-02507 NC (PR)
ORDER OF DISMISSAL